STATE OF NEW JERSEY v. JOSE SANCHEZ.

December 18, 1985.

Petition for certification granted and the matter is summarily remanded for resentencing before a different judge to be selected by the assignment judge.

Jurisdiction is not retained.

STATE OF NEW JERSEY v. RICHARD J. STIENE.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROYAL WALTERS.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE A. CARTER.

December 18, 1985.

Petition for certification denied.